# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00181-CR

**Jonathan Webb, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-20-907007, THE HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jonathon Webb pleaded guilty to one count of the third-degree felony offense of assault of a family/household member while having a previous conviction for assault with family violence/household member. *See* Tex. Penal Code § 22.01(b)(2)(A). By order signed August 4, 2020, his adjudication was ordered deferred under a plea agreement for a three-year term of community supervision. The trial court denied a motion to revoke on July 13, 2021. The State filed a motion to proceed with an adjudication of guilty on September 15, 2021. After a hearing on March 1, 2022, the trial court found that Webb violated terms of his deferred-adjudication community supervision, found him guilty of the offense, revoked his community supervision, and assessed sentence at two years and six months in prison. He appeals.

Appellant's court-appointed attorney has filed a motion to withdraw as counsel along with a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record

demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988). Appellant's counsel has certified to this Court that he sent copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and provided a motion to assist appellant in obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.

We have conducted an independent review of the record—including the record of the plea and sentencing proceedings below and appellate counsel's brief—and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and that the appeal is frivolous.

We affirm the judgment and grant counsel's motion to withdraw.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Affirmed

Do Not Publish

Filed: November 17, 2022